AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*             DISTRICT OF     NEVADA

DANNY R. JAMES, JR. and HEATHER A. JAMES,

     Plaintiffs,

V.

COUNTRYWIDE HOME LOANS, INC., et al.,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00578-RCJ-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that MTC Financial's Motion to Dismiss (#3) is **GRANTED** in its entirety without leave to amend.

    **IT IS FURTHER ORDERED** that the Court *sua sponte* **DISMISSES** the remaining defendants, Lawyers Title Company and Patricia A. Sabatino, from this case without leave to amend.

  February 24, 2012                           **LANCE S. WILSON**
                                                                                     Clerk

                                                                                    /s/ D. R. Morgan
                                                                                     Deputy Clerk